UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **TROY WILLIAMS D/B/A TROY WILLIAMS HEATING,** § § § | |
| *Plaintiff*, § § | Case Number: _____ |
| v. § § | |
| **AIRE SERV, LLC AND THE DWYER GROUP, INC.,** § § § | |
| *Defendants.* § | |

### DEFENDANTS' NOTICE OF REMOVAL

COME NOW AIRE SERV, LLC and THE DWYER GROUP, INC., Defendants in the above case, through their counsel Pierce Atwood LLP, and file this Notice of Removal. In support thereof, Defendants would show the honorable Court as follows:

1. Plaintiff is Troy Williams d/b/a Troy Williams Heating (hereinafter "Plaintiff"). The Defendants are Aire Serv, LLC and The Dwyer Group, Inc. (hereinafter "Defendants").

2. Plaintiff filed suit in the Penobscot County Superior Court of Maine on February 5, 2018. Defendants were served with process on February 13, 2018. This Notice of Removal is being filed within thirty days of the date Defendants were served with and first received notice of the state court proceeding. Copies of all process, pleadings and orders served upon Defendants in the above-entitled action are attached hereto as Exhibit 1 (Complaint), Exhibit 2 (Summons to Defendant Aire Serv, LLC) and Exhibit 3 (Summons to Defendant The Dwyer Group, Inc.).

3. Removal is proper under 28 U.S.C. § 1332 because there is complete diversity of citizenship amongst the parties and the amount in controversy exceeds the sum of $75,000.00

exclusive of interest and costs. *See* Exhibit 1. Plaintiff is a Maine resident. Defendants are Texas residents. Additionally, both the Plaintiff's complaint, as well as the supporting Declaration of Stephen G. Truett to this Notice of Removal, demonstrate by the preponderance of the evidence that the amount in controversy exceeds $75,000.00 exclusive of interest and costs. *See* Declaration of Stephen G. Truett attached hereto and incorporated herein by reference (hereafter "Truett Decl."), and Exhibit A thereto. *See also* 28 U.S.C. § 1446(c)(2)(B); *Lowe v. Sears Holding Corp.,*, 545 F. Supp. 2d 195, 196 (D.N.H. 2008) ("Where, as here, the complaint does not put any number on the plaintiff's claimed damages, this court requires the removing defendant to show by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional minimum."). Plaintiff seeks to void the Franchise Agreement, which places obligations upon Plaintiff in excess of $75,000.00. *See* Truett Decl. & Exh. A. *See also MB Auto Care Mgmt. v. Plaza Carolina Mall, L.P.*, 695 F. Supp. 2d 1, 4 (D.P.R. 2010) ("Federal courts 'often are confronted with cases seeking various types of non-monetary relief, such as declaratory judgments, confirmation or vacation of arbitration awards, injunctions, and other equitable remedies.' . . . [I]n these types of cases, the amount in controversy should be measured by the intended benefit to the plaintiff, that is, by the difference between the plaintiff's current economic position and its position if successful in the litigation.").

4.     All Defendants to this action join in this Notice of Removal. In doing so, no Defendant authorizes any other to act on its behalf in any way, and each Defendant reserves all rights to assert its independent interests as to any issue or matter, including defenses and objections as to venue, personal jurisdiction, and service. The filing of this Notice of Removal is subject to, and without waiver of, any such defenses and objections.

5. Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where this suit has been pending.

## CONCLUSION

Given that there is complete diversity of the parties and the amount in controversy meets the statutory requirements, Defendants hereby file their Notice of Removal and remove this case to this Court.

Dated:  March 5 2018

                                        Respectfully submitted,

*/s/ Margaret K. Minister*_____
Margaret K. Minister (Bar No. 8551)
PIERCE ATWOOD, LLP
254 Commercial Street
Merrill's Wharf
Portland, ME 04101
(207) 791-1100 Telephone
(207) 791-1350 Facsimile

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      I certify a true and correct copy of the foregoing document has been served on all attorneys of record via the Court's electronic filing system on March 5, 2018, and additionally by email and overnight mail to the following counsel of record for Plaintiff:

                Allison A. Economy, Esq.
                Rudman Winchell
                P.O. Box 1401
                84 Harlow Street
                Bangor, ME 04402-1401
                aeconomy@rudmanwinchell.com

                                                 _/s/ Margaret K. Minister_____
                                                 Margaret K. Minister