# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **TROY WILLIAMS, d/b/a** ]<br>**TROY WILLIAMS HEATING** ]<br>]<br>Plaintiff ]<br>]<br>v. ]<br>]<br>**AIRE SERV, LLC and DWYER** ]<br>**GROUP, INC.,** ]<br>]<br>Defendants ] | Case No. 18-CV-00099-NT |

### MOTION OF ALLISON A. ECONOMY, ESQ.
### FOR LEAVE TO WITHDRAW AS COUNSEL
### FOR PLAINTIFF TROY WILLIAMS d/b/a TROY WILLIAMS HEATING

Allison A. Economy, Esq., one of the listed counsel of record for Plaintiff Troy Williams d/b/a Troy Williams Heating, moves for leave to withdraw her appearance as counsel for Plaintiff this matter. Grounds for this motion are as follows:

1. This matter was transferred to the Western District of Texas.

2. Undersigned counsel is not licensed to practice in the Western District of Texas.

3. Craig D. Cherry and Brandon R. Oates of Haley & Olson, PC entered their appearance in the Western District of Texas on November 20, 2018, and will continue as counsel for Plaintiff.

Dated: 12/7/18

                                                    */s/ Allison A. Economy*
                                                  Allison A. Economy, Esq.
                                                  RUDMAN WINCHELL
                                                  84 Harlow Street
                                                  P.O. Box 1401
                                                  Bangor, Maine 04402-1401

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2018, I electronically transmitted the attached document to the Clerk of Court by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF System.

/s/ Allison A. Economy, Esq.